# Third District Court of Appeal

## State of Florida

Opinion filed August 9, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1605
Lower Tribunal No. 18-2400
_____

**Caroline Weiss,**
Appellant,

vs.

**Ransom Everglades School, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Schlesinger Law Group, and Michael J. Schlesinger, for appellant.

Shubin & Bass, P.A., and John K. Shubin, Deana D. Falce, and Dylan M. Helfand, for appellee.

Before FERNANDEZ, HENDON, and BOKOR, JJ.

HENDON, J.

Based on the circumstances of this case, we reverse the order under review and remand with instructions for the trial court to vacate its July 29, 2022 final order titled "Order of Dismissal Based on Settlement." The Stipulation for Dismissal Without Prejudice submitted by the parties ends judicial labor in the case.  <u>See</u> Fla. R. Civ. P. 1.420(a)(1)(B).

The remaining arguments raised by the parties have been considered, and they either do not need to be addressed based on the disposition of this case and/or lack merit and do not warrant discussion.

Reversed and remanded.